FILED

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LEANNE FLASHBERG<br>DARIN FLASHBERG<br>120 West Haltern Avenue<br>Glendora CA 91740<br><br>(626) 914-4667<br><br>Attorney for In Pro Se | 05 JUN 10 AM 10: 10<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: ANDREW RAYSHON FOSTER

Debtor.

| LEANNE FLASHBERG and DARIN FLASHBERG | CHAPTER 7 |
|---|---|
| Plaintiff(s), | CASE NUMBER RS 05-11002 MJ |
| vs. | ADVERSARY NUMBER RS 05-1067 MJ |
| RAYSHON ANDREW FOSTER | (No Hearing Required) |
| Defendant(s). | |

## MOTION FOR DEFAULT JUDGMENT
## UNDER LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant(s) against whom default judgment is sought *(Name)*:
   Rayshon Andrew Foster (aka RAYSHON BOYD dba GECSI)

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 3/3/05

3. The Summons and Complaint were served on Defendant by  ☐ Personal Service  ☒ Mail Service
   on the following date *(specify date)*: 5/18/05

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 6/9/05

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. ☒    Has not yet been entered, but is hereby requested
   b. ☐    Was entered on *(specify date)*:

*(Continued on next page)*

Rev. 5/98  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.3**

ORIGINAL

A-11
dcf

Motion for Entry of Default Judgment under Local Bankruptcy Rule 9021-1 - *Page 2*  **F 9021-1.3**

| In re RAYSHON ANDREW FOSTER | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER RS 05-11002 MJ |

8. **A Status Conference**:
   a. ☒ Is scheduled for *(specify date, time and place)*:
      June 30, 2005 at 11:00 AM, 3rd Floor COURTROOM 302
   b. ☐ Was held on *(specify date, time and place)*:

9. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:
   a. ☐ Relies on the Complaint and documents attached thereto.

   b. ☒ Attaches the following documents to establish a prima facie case:
      (1) ☒ Declaration of *(specify)*:
         LEANNE FLASHBERG, Creditor
      (2) ☐ Declaration of *(specify)*:

      (3) ☒ Other *(specify)*:
         Exhibits attached to the Complaint

10. ☐ As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS**: No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 (50 U.S.C. Appen. § 501, et seq.) The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A Copy of the proposed Default Judgment is submitted herewith and has been served.

Dated: 6/9/05

Respectfully submitted,

Firm Name

By: *[signature]*

Name: LEANNE FLASHBERG, In Pro Se

*Attorney for Plaintiff or Plaintiff*

Rev. 5/98  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.3**

ALIAS SUMMONS

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LEANNE FLASHBERG & DARIN FLASHBERG<br>120 West Haltern Avenue<br>Glendora, CA 91740<br><br>(626) 914-4667<br><br>*Attorney for Plaintiff* In Pro Se<br><br>FILED<br>MAY 19 2005<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk | FILED<br>MAY 6 2005 [crossed out]<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: RAYSHON ANDREW FOSTER<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER RS 05-11002 MJ<br>ADVERSARY NUMBER RS 05-1067 MJ |
|---|---|
| LEANNE AND DARIN FLASHBERG<br>Plaintiff(s),<br><br>vs.<br><br>RAYSHON ANDREW FOSTER<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____ JUN - 9 2005 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: JUN 30 2005 | Time: 11:00 AM | Courtroom: 302 | Floor: 3rd |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☒ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: MAY 10 2005

JON D. CERETTO
Clerk of the Bankruptcy Court

By: **Janna Tolleson**
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)

**F 7004-1**

Summons and Notice of Status Conference - *Page 2*   **F 7004-1**

| In re   RAYSHON ANDREW FOSTER | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER RS 05-11002 MJ |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   21865 Copley Drive
   Diamond Bar CA 91765

2. ☒ **Regular Mail Service:** On May 18, 2005, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Diamond Bar, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

   Frank Prainito Esq.
   330 North D. Street, Suite 320
   San Bernardino  CA 92401

   Rayshon Andrew Foster dba GECSI
   10801 Lemon Avenue, #2514
   Alta Loma, CA 91737

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   May 18, 2005

| CONNIE ABAYAN | *Connie Abayan* |
|---|---|
| Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)   **F 7004-1**

LEANNE FLASHBERG
DARIN FLASHBERG
120 West Haltern Avenue
Glendora, California 91740

Telephone (626) 914-4667

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RAYSHON ANDREW FOSTER<br><br>Debtor.<br><br>LEANNE AND DARIN FLASHBERG<br>                Plaintiff(s),<br><br>vs.<br><br>RAYSHON ANDREW FOSTER<br>                Defendant(s). | Case No. RS 05-11002 MJ<br>Adversary No. RS 05-1067 MJ<br><br>DECLARATION OF LEANNE M. FLASHBERG IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT |

I, Leanne M. Flashberg declare:

1. I have personal knowledge of each fact stated herein and am a Plaintiff in the above-entitled action. If called as a witness, I could and would competently testify thereto.

DECLARATION OF LEANNE FLASHBERG IN SUPPORT OF DEFAULT JUDGMENT

1  On May 4, 2005 at approximately 4:03 p.m. I contacted Frank Pranito, Attorney for

2  Debtor Rayshon Andrew Foster (dba GECSI aka Rayshon Boyd) and was informed by

3  his secretary that Frank Pranito was not the attorney of record for Debtor in the adversary

4  action. However, Debtor's attorney of record was properly served via United States mail

5  on May 18, 2005, with the Summons and Notice of Status Conference and the Complaint

6  pursuant to Federal Local Rules.

7

8  The bar date to file Defendant/Debtor's response was April 9, 2005. To date

9  Defendant/Debtor has not filed a response nor requested a continuance to the Complaint

10  Objecting to Discharge filed on March 3, 2005 and has had ample time to do so.

11  Furthermore, per his attorney of record Debtor has not retained Mr. Pranito to represent

12  him in the adversary matter.

13

14  I will establish below that the Debtor fraudulently misrepresented himself and his

15  business and we relied upon those misrepresentations and lost $9,082.06 plus the costs of

16  filing this action and he continues to misrepresent himself using an alias and a false state

17  contractor's license number to obtain tile work through advertisements in the local

18  newspaper.

19

20  1.  On or about August 27, 2004, Debtor advertised in the Pennysaver using a

21  false State Contractor's License number #827423 (Exhibit 1 attached to the Complaint)

22  and represented himself over the telephone to be a licensed contractor in addition to

23  having a bond as required by the State of California.

24

25  2.  On August 27, 2004, Debtor Rayshon Andrew Foster represented himself

26  as the owner of GECSI and used the name "Rayshon Boyd" gave us an estimate at our

27  home on a previous contractor's work and told us it needed to be demolished and redone

28

2

entirely. We had previously used an unlicensed contractor and wanted to make sure his business was licensed and bonded. Debtor explained to us the importance of being licensed and assured us that he had a bond to cover any damages and insurance for his workers to be in our home. Debtor also represented to us that he owned his own home and understood the importance of having someone you can trust. Debtor brought with him Javier one of his employees to look at the house. Debtor many times referred to his lucrative other businesses including his tile business and assured us that we were in good hands. Debtor also represented that his employees had over 30 years of tile installation experience. Debtor provided us with a contract that was not very detailed (Exhibit 2 to the Complaint) and stated that we had to purchase all materials ourselves and required a deposit of $2225.54 (Exhibit 3 to the Complaint with account number redacted).

3. Debtor came to our residence the following Monday, August 30, 2004 and assisted us with purchasing the required materials from Home Depot in the amount of $986.47 (Exhibit 4 attached to the Complaint with account number redacted). We purchased numerous items that were non-returnable and that eventually were wasted or not required to complete the tile job.

4. We performed a check on the number Debtor gave us and everything checked out with the State License Board. In addition, Debtor offered a reference from a well-known commercial construction business that they performed tile work for, Bernards Brothers. We contacted Mr. John McGrew who verified that Debtor also used

3

the company name All Concrete or something to that effect and he assured us that Debtor has installed tile to his satisfaction and was very reasonable as well.[1]

5. After receiving our initial deposit, Debtor didn't start the tile job for the two bathrooms and kitchen on time in addition to numerous other problems which included him installing our kitchen tile in our bathroom, using incorrect materials requiring us to order additional tile at our expense, improper waterproofing, not fixing the subfloor properly, laying uneven tile throughout the three rooms (see numerous pictures attached as Exhibit 5 to the Complaint) and costing us additional money in materials (see Exhibit 6 to the Complaint– all receipts for this tile job) as well as not having a restroom to use which required us to use our parent's home for cooking and bathing as Debtor and his workers would show up basically when they felt like it. In addition, Debtor insisted that we pay him in full before the job was completed because we needed a receipt for work paid thus far and Debtor's declaration for the court case against the previous unlicensed worker. Debtor signed an addendum to the contract wherein he stated that he would complete the tile job and fix all of the mistakes (Exhibit 7 to the Complaint) and uneven tile that his workers installed time and time again improperly and that for every day after October 9, 2004, $200.00 per day would be deducted from the contract amount. We gave them several chances to fix their work and each time it ended up being the same. Each time Debtor required us to order more tile to fix the same mistakes and inexperienced tile laying that Debtor insisted was wrong with the last contractor's tile work.

---

[1] Interestingly, upon further prodding from the State License Board and our independent investigation, Mr. McGrew owns All Concrete and Debtor is fraudulently using his State Contractor's number to obtain tile work.

4

6. We finally insisted that Debtor provide us with his bond information and insurance policy and he assured us that he would give us a copy or the information over the telephone. Although Debtor insisted he had coverage before he started work on our home, we soon found out that it was not the case among the other numerous fraudulent misrepresentations that Debtor made to obtain our business. Debtor eventually provided us with a liability policy that he insisted covered his work and that he would have his insurance inspector make a claim (Exhibit 8 to the complaint). Debtor had the audacity to not only provide us with a policy that does not cover his tile business but actually insisted that we lie to the insurance company when we called them and tell them that Debtor did not start the job until after September 21, 2004. We called the insurance company to report Debtor's actions and they informed us that there was no coverage except for liability purposes with his janitorial business and it did not cover any workmanship nor his tile business, nor were they aware of any employees under Mr. Boyd aka Rayshon Andrew Foster.

7. On October 27, 2004, we filed a complaint with the State Contractor's Board who found that Debtor was contracting without a license (Exhibit 9 to the Complaint). They are also investigating Debtor further for fraud and misrepresentation based upon the license number he is still advertising with in the Pennysaver using a false State Contractor's Board license number. An investigator for the Board, provided us with Debtor's true name and information as he was using an alias because of his criminal record.

8. Due to Debtor's numerous fraudulent misrepresentations that we relied on, we are at a loss of over $9082.06 for the labor, materials and loss of use of our home.

5

Debtor never finished the work and collected full payment and left us with materials that we can no longer use. We were informed by other licensed contractors that the tile would have to be completed demolished to install and waterproof it correctly in both restrooms and the kitchen. A licensed contractor provided us with an estimate in the amount of $5,590 just to redo one of the bathrooms, not including the materials (Exhibit 10 to the complaint).

9. Because of the length of time and due to Debtor's character (he already had changed his telephone number and we felt that he would disappear soon), we opted to file a small claims action against Debtor because it is a short time until trial even though we are owed more than $5,000.00. At this time, the case was dismissed because we were unable to serve Debtor and once we received the bankruptcy notice we knew the case could not be refiled at this time.

10. Based upon the foregoing fraudulent misrepresentations and actions of Debtor Rayshon Andrew Foster dba GECSI aka Rayshon Boyd, Creditors Leanne and Darin Flashberg hereby request that our request for default in the amount of $9082.06 as alleged in the complaint be entered against Rayshon Andrew Foster dba GECSI aka Rayshon Boyd plus such other sums as the Court deems just.

DATED:    June 9, 2005

BY: _____
LEANNE M. FLASHBERG
In Pro Se

6

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 21865 East Copley Drive, Diamond Bar, California 91765, which is located in the county which the within-mentioned mailing occurred. I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On June 9, 2005, I served the foregoing documents:

**DECLARATION OF LEANNE FLASHBERG IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT**

by placing X a true copy ___ the original in a separate envelope for each addressee named below, with the name and address of the persons served shown on the envelope as follows:

RAYSHON ANDREW FOSTER
10801 Lemon Avenue, Suite 2514
Alta Loma, CA 91737

FRANK PRANITO, ESQ.
330 NORTH "D" STREET, SUITE 320
SAN BERNARDINO, CA 92401

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE CA 92501

and by sealing the envelope and placing it in the appropriate location at my place of business for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on June 9, 2005, at Diamond Bar, California.

I declare under penalty of perjury that the foregoing is true and correct.

*Connie Abayan*
_____
CONNIE ABAYAN

1

Motion for Entry of Default Judgment under Local Bankruptcy Rule 9021-1 - *Page 3* **F 9021-1.3**

| In re RAYSHON ANDREW FOSTER | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER RS 05-11002 MJ |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

On 06/09/05 , I served the foregoing document described as: MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 9021-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Diamond Bar , California, addressed as follows:

Rayshon Andrew Foster dba GECSI
10801 Lemon Avenue, Suite 2514
Alta Loma CA 91737

Frank Prainito, Esq.
330 North D Street, Suite 320
San Bernardino, CA 91737

A. Cisneros
3403 Tenth Street, Suite 711
Riverside, CA 92501

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/9/05

Connie Abayan                                    *Connie Abayan*
*Type Name*                                      *Signature*

*Rev. 5/98*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.3**